## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| FRANCISCO ALMEIDA-LEÓN, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 3:16-cv-01394-JAW-BJM |
| WM CAPITAL MANAGEMENT, INC. | ) ) ) | |
| Defendant. | ) | |

## ORDER

The Court quickly reviewed the recently filed English translation of the August 16, 2021 Resolution and Order of Superior Judge Raul A. Candelario-Lopez of the Court of the First Instance, Superior Part of San Juan, Commonwealth of Puerto Rico in the matter of *Tenerife Real Estate Holdings, LLC v. Emérito Estrada Rivera, Isuzu, PR, Inc.*, Civil No.: K CD2009-0708. The Court views Superior Judge Candelario-Lopez's Order as extraordinary and unprecedented. The Court seeks counsels' views on what should happen next.

The Court's initial reaction is that the parties should have Superior Judge Candelario-Lopez's Order judicially reviewed on an expedited basis within the customary review process presumably available under Puerto Rico law so that this Court will know whether this opinion and its orders are the final judgment of the state court system. Assuming there is a process for appellate review of this unusual order within the Puerto Rico judicial system, the Court would prefer the parties to

expedite that review to avoid what may be an unnecessary confrontation, testing the judicial authority of the federal and state courts.  Assuming that there is a means for judicial review within the Puerto Rico judicial system and the parties intend to engage that process, the Court will receive suggestions as to whether the Court should stay enforcement of its August 12, 2021 Order on Civil Contempt and Pending Motions (ECF No. 477) pending that review.

The Court will receive the advice of counsel as soon as possible but in any event no later than seven days from the date of this Order.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 24th day of August, 2021