**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| FRANCISCO ALMEIDA-LEÓN, WANDA CRUZ QUILES, La Sociedad Legal de Gananciales entre ellos, y JUAN ALMEIDA LEON<br><br>Plaintiffs<br><br>  v.<br><br>WM Capital Management, Inc.; Juan del Pueblo, Inc., John Doe, y Fulano de Tal, BM Capital de Tal y Otros<br><br> Defendants | CIVIL ACTION NO.  16-1394<br><br>**RE STATE COURT ACTION** CASE NO. KAC2016-0027 (806)<br>BREACH OF CONTRACT; DAMAGES; LITIGIOUS CREDIT |

**WM CAPITAL'S REQUEST FOR LEAVE TO FILE**
**IN EXCESS OF TWENTY FIVE (25) PAGES**

TO THE HONORABLE COURT:

**COMES NOW,** Defendant WM Capital Management, Inc. ("WM Capital"), as successor to the Federal Deposit Insurance Corporation as Receiver for R-G Premier Bank ("FDIC-R"), through its undersigned counsel and respectfully states:

1. On this date, WM Capital filed its Emergency Motion for Temporary Restraining Order and Permanent Injunction (ECF No. 502) ("the Motion").

2. Local Rule 7(e) provides that motions for injunctive relief hall not exceed fifteen (15) pages except by leave of the Court.  The Motion is, however, including the signature page and certificate of service, thirty one (31) pages long or six (6) pages over the limit set by Local Rule 7(e).

3. WM Capital respectfully submits that the length of its Motion is appropriate given the legal issues addressed, the sheer amount of procedural background to recap, and the variety of relief being requested. Moreover, WM respectfully submits that the Motion is comprehensive and will assist the Court in ruling on the matter at hand.

WHEREFORE, WM Capital respectfully requests leave of this Honorable Court to file its Motion, with six (6) pages in excess of the twenty five (25) pages permitted under L. Civ. R. 7(e).

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 25th day of August 2021.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

> s/ Jairo Mellado-Villarreal
> USDC No. 208112
> E-mail jmellado@mellado.com
>
> s/ Tessie Leal-Garabis
> USDC No. 218408
> E-mail tleal@mellado.com
>
> s/ Hector J. Orejuela-Davila
> USDC No. 301111
> Email horejuela@mellado.com
>
> Attorneys for WM Capital
> MELLADO & MELLADO-VILLARREAL
> 165 Ponce de León Ave., Suite 102
> San Juan, Puerto Rico 00917-1235
> Tel. 787-767-2600/Fax 787-767-2645