UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FRANCISCO ALMEIDA-LEÓN, WANDA CRUZ QUILES, the Conjugal Partnership; JUAN ALMEIDA-LEON<br><br>Plaintiffs<br><br>v.<br><br>WM Capital Management, Inc.; Juan del Pueblo, Inc., John Doe, y Fulano de Tal, BM Capital de Tal and Others<br><br>Defendants | CIVIL ACTION NO. 16-01394 (JAW/BJM)<br><br>**RE: STATE COURT ACTION** CASE NO. KAC2016-0027 (806)<br><br>BREACH OF CONTRACT; DAMAGES; LITIGIOUS CREDIT<br><br>TRIAL BY JURY DEMANDED |

**MOTION IN COMPLIANCE**

**TO THE HONORABLE COURT:**

**COMES NOW**, defendant and counter-plaintiff WM Capital Management, Inc. ("WM"), by and through its undersigned counsel, and respectfully inform on the proceedings at the GMAC Court as follows:[1]

On September 15, 2021, this Court issued a Temporary Restraining Order ("TRO"). The TRO, among other things, ordered that a copy of itself "be provided forthwith by WM Capital to the Chief Judge of the Court of First Instance, Superior Part of San Juan, to the Hon. Raul A. Candelario Lopez, presiding over Case Number KCD2009-0708, and to the Administrative

---

[1] The "Almeida Plaintiffs" are Francisco Almeida León, his wife Wanda Cruz-Quiles, their conjugal partnership, and Juan Almeida León as well as their company, Tenerife Real Estate Holdings, LLC.

1

Director of the Puerto Rico Office of Court Administration, the Hon. Sigfrido Steidel Figueroa." *Id.* at 3.

That very same day, WM filed the attached Informative Motion in the GMAC Court attaching this Court's TRO and its Order on TRO (ECF No. 508). Exhibit 1. Courtesy copies of said Informative Motion, this Court's TRO, and this Court's Order on TRO were also hand delivered via messenger to (a) the Chief (Administrative) Judge of the Court of First Instance, Superior Part of San Juan, Hon. Laura Lis López Roche, the Administrative Director of the Puerto Rico Office of Court Administration, the Hon. Sigfrido Steidel Figueroa, the Hon. Maite D. Oronoz Rodríguez, Chief Judge of the Puerto Rico Supreme Court, the Hon. Javier O. Sepúlveda Rodríguez, Secretary of the Puerto Rico Supreme Court, and the Puerto Rico Marshal's Office for the Judicial Region of San Juan.

WHEREFORE, WM Capital hereby informs this Court of the above-described notifications made in compliance with this Court's TRO.

**RESPECTFULLY SUBMITTED:**

In San Juan, Puerto Rico, this 23rd day of September 2021.

**I HEREBY CERTIFY:** that on this date I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the case of caption.

> s/ Héctor Orejuela Dávila
> USDC-PR No. 301111
> horejuela@mellado.com
>
> ***Attorney for WM Capital***
> MELLADO & MELLADO-VILLARREAL
> 165 Ponce de León Ave., Suite 102

2

San Juan, Puerto Rico 00917-1235
Tel. 787-767-2600/Fax 787-767-2645