**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE SAN JUAN**

| | |
|---|---|
| TENERIFE REAL ESTATE HOLDINGS, LLC | CIVIL NUM.: K CD2009-0708 (603) |
| Demandante | SOBRE: |
| v. | COBRO DE DINERO; EJECUCIÓN DE HIPOTECA |
| EMERITO ESTRADA RIVERA – ISUZU DE P.R. INC., ET AL. | |
| Demandados | |

**MOCIÓN INFORMANDO SOBRE ORDEN DE RESTRICCIÓN TEMPORERA EMITIDA POR EL TRIBUNAL DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO EN CONTRA DEL TPI EN EL CASO DE EPÍGRAFE**

AL HONORABLE TRIBUNAL:

Comparece WM Capital Management, Inc., ("WM") de manera especial, por conducto de los abogados que suscriben, y muy respetuosamente informa de la Orden de Restricción Temporera que emitiera el Tribunal de los Estados Unidos para el Distrito de Puerto Rico ("Tribunal Federal") en contra del Tribunal Superior, Sala de San Juan, presidida por el Hon. Juez Raúl Candelario en el caso de epígrafe:

Este Honorable Tribunal, declaró **ha lugar** una solicitud de injunction permanente de Tenerife y sus principales ("los Almeida") en contra del Tribunal Federal, WM, su representante y sus abogados. *Véase* orden del 16 de agosto de 2021 (notificada dos días después). Ello, con el fin de bloquear la ejecución de una Sentencia Final final y firme del Tribunal Federal (Núm. 16-1394) - confirmada por el Tribunal de Apelaciones de los Estados Unidos para el Primer Circuito (Núms. 19-1765, 19-1766).[1]

El día de hoy, el Tribunal Federal emitió una Orden de Restricción Temporera ("TRO") en contra de este Honorable Tribunal Superior, Sala de San Juan en el caso de epígrafe. Anejos 1 y 2 – Opinión del Tribunal Federal y TRO. Esta orden indica:

For the reasons detailed in the contemporaneous Order, the Court ORDERS that the Courts of the Commonwealth of Puerto Rico are hereby enjoined from:

1) Enforcing the Resolution and Order of the Superior Court of Puerto Rico, Court of First Instance, Superior Part of San Juan dated August 16, 2021 in Tenerife

---

[1] La solicitud de injunction permanente de Tenerife y sus principales incluyó varias falsas representaciones y otras que indujeron a error al TPI. Todo ello fue oportunamente demostrado a este Honorable Tribunal en mociones de WM.

Real Estate Holdings, LLC v. Emérito Estrada Rivera, Isuzu PR, Inc., Civil No. K CD2009-0708 in its entirety;

2) Holding WM Capital, its representative, and its attorneys in contempt or otherwise sanctioning them for any filings they make or acts they take in Federal Court;

3) Enforcing the imposition of any sort of sanction against WM Capital, its representative, and its attorneys for acting consistent with the Final Judgment issued by this Court;

4) Foreclosing on the GMAC Mortgage and Judgment unless said foreclosure is consistent with the Final Judgment of this Court;

5) Enforcing the GMAC Order as to the consignment of the GMAC Note or the annotation of any restrictions to the Kennedy Property in the Property Registry of Puerto Rico;

6) Ordering the Registry of the Property of Puerto Rico to annotate any restriction on the Kennedy Property as provided for in the GMAC Order.

(Se omite nota al calce).

POR TODO LO CUAL, WM respetuosamente solicita que este Honorable Tribunal tome conocimiento de la Orden de Restricción Temporera emitida por el Tribunal Federal y suplica que actúe de conformidad.

**CERTIFICO** que en esta misma fecha he enviado copia fiel y exacta de este escrito por correo electrónico a:

**Lcda. Dora Monserrate Peñagarícano**, 101 San Patricio Ave., Suite 1120, Maramar Plaza, Guaynabo, PR 00968; dmonserrate@msglawpr.com

 **Lcdo. Antonio Bauzá Torres**, Cond. Lemans, 602 Ave. Muñoz Rivera, Suite 402, San Juan, PR 00918-3612; abauza0418@yahoo.com

**Lcdo. Guillermo de Guzmán Vendrell**, PO Box 362738, San Juan, PR   00936-2738; gdeguzman@dgglawpr.com

**Lcdo. Roberto Berríos Falcón**, Edif. Capital Center, Torres Sur, Suite 901, 239 Arterial Hostos, San Juan, PR 00918-1400; rblawpr@yahoo.com

 **Lcdo. Edilberto Berríos Pérez**, Edif. Capital Center, Torre Sur, Suite 900, 239 Arterial Hostos, San Juan, PR 00918-1400; eberriosperez@reclawservices.com


Además, se le ha enviado copia de cortesía por correo regular y vía mensajero según las instrucciones del Tribunal Federal a:

**Hon. Maite D. Oronoz Rodríguez**, Juez Presidenta del Tribunal Supremo de Puerto Rico

PO Box 9022392, San Juan PR 00902-2392

**Hon. Sigfrido Steidel Figueroa**, Director Administrativo de los Tribunales de Puerto Rico

PO Box 00919, San Juan, PR 00919-0917

**Hon. Javier O. Sepúlveda Rodríguez**, Secretario del Tribunal Supremo de Puerto Rico

PO Box 9022392, San Juan PR 00902-2392

**Hon. Laura Lis López Roche**, Administradora de la Región Judicial de San Juan,

PO Box 190887, San Juan PR 00919-0887

**Oficina de Alguaciles** de la Región Judicial de San Juan;

PO Box 190887, San Juan PR 00919-0887

En San Juan, Puerto Rico, a 15 de septiembre de 2021.

**MELLADO & MELLADO-VILLARREAL**
165 Ave. Ponce de León - Oficina 102
San Juan, Puerto Rico 00917-1235
Tel. 787-767-2600/Fax 787-767-2645

Jairo Mellado-Villarreal
RUA Núm. 10,361
jmellado@mellado.com

Tessie Leal-Garabis
RUA Núm. 13,096
tleal@mellado.com

Héctor J. Orejuela Dávila
RUA Núm. 19,604
horejuela@mellado.com

3