UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Francisco Almeida Leon, Wanda Cruz Quiles, their Conjugal Partnership and Juan Almeida León<br><br>Plaintiffs<br><br>vs.<br><br>WM Capital Management, Inc.; Juan Del Pueblo, Inc.; Fulano De Tal; and Others<br><br>Defendants | Case No.  16-1394 (JAW )<br><br>Re:  State Court Case KAC2016-0027(806)<br><br>Breach of Contract, Damages, Redemption by Co-owner, etc.<br><br>Trial by Jury Demanded |

**NOTICE OF APPEAL**

COME NOW the appearing co-Plaintiffs Francisco Almeida Leon, Wanda Cruz Quiles, their Conjugal Partnership and Juan Almeida León, through the undersigned legal representation, and very respectfully state, allege, and pray as follows:

Notice is hereby given that the appearing co-Plaintiffs appeal to the United States Court of Appeals for the First Circuit from the Temporary Restraining Order issued by this Honorable Court dated September 15, 2021 (ECF #510) and from the Status Order extending said Temporary Restraining Order until further order from the Court (ECF #516).

This is an appeal as of right under 28 U.S.C. §1292(a)(1).

Plaintiffs herein will present forthwith a check to the order of the U.S. District Court Clerk for the District of Puerto Rico in the amount of $505.00, who shall receive it on behalf of the Court of Appeals for the First Circuit.

**WHEREFORE**, Appellants herein respectfully request from this Honorable Court to enter this Notice of Appeal.

I HEREBY CERTIFY: that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants of record in this case, including counsel for Banco Popular de Puerto Rico.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 24th day of September, 2021.

    Capital Center Building
    South Tower, Suite 900
    239 Arterial Hostos Ave.
    San Juan, Puerto Rico 00918-1400
    Tel.: (787) 753-0884
    Fax: (787) 753-4821

    *s/Edilberto Berríos Pérez*
    Edilberto Berríos Pérez
    USDC-PR 123605
    *eberriosperez@reclawservices.com*